FILED
2010 JAN 19 PM 3:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HERNAN A. ALZATE-TORRES (2),<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No. 07cr0658WQH<br><br>ORDER AND JUDGMENT TO DISMISS INDICTMENT AND WITHDRAW ARREST WARRANT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice as to defendant Hernan A. Alzate-Torres, and arrest warrant be withdrawn.

DATED: 1/19/10.

WILLAM Q. HAYES
United States District Court Judge